**Stephen Roy GRATTON, Petitioner— Appellant,**

v.

**Charlie J. CEPAK, Warden, Broad River Correctional Institution; South Carolina Department of Corrections; State of South Carolina; Charles Molony Condon, Attorney General, State of South Carolina, Respondents—Appellees.**

No. 03–7472.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 30, 2004.

Decided March 9, 2004.

Stephen Roy Gratton, Appellant pro se. Tracey Colton Green, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before LUTTIG, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

§ 636(c) (2000).

PER CURIAM:

Stephen Roy Gratton seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C. § 2254 (2000) and denying his motion to reconsider. An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Gratton has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*